UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>T. WOOD, et. al.,<br><br>    Defendants. | Case No.  15-cv-4115-TEH<br><br>ORDER OF DISMISSAL |

This is a civil rights case filed pro se by a prisoner.  The Court dismissed the complaint with leave to amend after discussing its deficiencies.  The twenty-eight days to amend has passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.  This case is DISMISSED for the reasons discussed in the Court's prior screening order.  If Plaintiff wishes to continue with this action he must promptly file a motion to reopen and an amended complaint.

IT IS SO ORDERED.

Dated: 12/22/2015

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\Gibbs4115.dis_fta.docx