UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. WOOD, et. al.,<br><br>　　　　Defendant. | Case No.　15-cv-4115-TEH<br><br><br>ORDER REOPENING CASE |

　　This pro se action was dismissed because Plaintiff failed to file an amended complaint.  However, Plaintiff did timely file an amended complaint but there was a delay in docketing it on the Court's electronic docketing system.  The Order of Dismissal (Docket No. 6) is VACATED and this case is REOPENED.  The Court will conduct a review of the amended complaint in a separate order.

　　IT IS SO ORDERED.

Dated: 01/04/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\Gibbs4115.reopen.docx